

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00354-CR

| | | |
|---|---|---|
| Rhonda Lorene Ladon | § | From the Criminal District Court No. 3 |
| | § | of Tarrant County (1373995D) |
| v. | § | December 4, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM